**91–2228.** State v. Sells. *Logan County*, No. 8–90–14. On motion to reconsider denial of extension of time and motion for leave to file memorandum in support instanter. Motions granted.

MOYER, C.J., and HOLMES, J., dissent.

**91–2448.** State v. Lewis. *Coshocton County*, No. 90–CA–3. On motion for appeal bond. Motion denied.

**91–2484.** State, ex rel. Brown, v. Columbus City Schools. *Franklin County*, No. 90AP–847. On motion to allow writ. Motion denied.

DOUGLAS, H. BROWN and RESNICK, JJ., would issue a show cause order.

**92–16.** State, ex rel. Hodges, v. Taft. In Mandamus and Prohibition. On motion for leave to supplement evidence instanter, to supplement brief, and to file *amicus* of Ohio Citizen Action instanter. Motion granted.

**92–54.** State, ex rel. Fant, v. Stokes. *Cuyahoga County*, No. 62121. On motion to certify transcript of docket and journal entries. Motion denied.

MOYER, C.J., and WRIGHT, J., dissent.

HOLMES, J., would issue an order to show cause why the motion should not be granted.

**92–197.** State v. Lindsay. *Hamilton County*, No. C–880349. On motion for leave to file delayed appeal and on motion to dismiss. Motion for delayed appeal denied.

H. BROWN, J., dissents.

**92–281.** State v. Ulis. *Lucas County*, No. L–90–264. On motion for leave to amend memorandum in support. Motion granted.

**92–286.** Hecht v. Levin. *Cuyahoga County*, Nos. 59445 and 59496. On motion for leave to file notice of appeal instanter. Motion granted.

SWEENEY, HOLMES and WRIGHT, JJ., dissent.

On motion to strike. Motion denied.

SWEENEY, HOLMES and WRIGHT, JJ., dissent.

**92–288.** State v. Preston. *Franklin County*, No. 91AP–549. On motion for leave to file notice of appeal and memorandum in support instanter. Motion granted.

**92–301.** Brotherton v. Cleveland. *Hamilton County*, No. C–910111. On motion for leave to file notice of appeal instanter. Motion granted.

On motion to dismiss. Motion denied.

**92–303.** State v. Clark. *Cuyahoga County*, No. 59427. On motion for leave to file delayed appeal. Motion granted.

WRIGHT, J., dissents.

**92–356.** Brunswick v. Brunswick Hills Twp. Bd. of Trustees. *Medina County*, No. 2020. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Medina County to certify its record. Upon consideration of appellant's motion to stay appellee from undertaking any physical construction or other actions not easily revocable during the pendency of appellant's appeal to this court,

IT IS ORDERED by the court that said motion for stay be, and the same is hereby, granted, effective March 20, 1992.

DOUGLAS and H. BROWN, JJ., dissent.

## JURISDICTIONAL MOTIONS ALLOWED

**91–2335.** Walsh v. Jagadeesan. *Stark County*, No. CA–8407. On motion to consolidate with 91–2001, *Rockey v. 84 Lumber Co.*, Cuyahoga County Nos. 58610 and 58654. Motion granted; *sua sponte,* motion to certify allowed.